**Fill in this information to identify the case:**

Debtor 1    John Gbla aka John Koroma

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of   Maryland
                                                              (State)

Case number   19-14429

## Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

Name of creditor:   LoanCare, LLC              **Court claim no.** (if known):   1

**Last 4 digits** of any number you use to
identify the debtor's account:    5930

**Date of payment change:**
Must be at least 21 days after date
of this notice      06 / 01 / 2020

**New total payment:**
Principal, interest, and escrow, if any    $ 2,964.55

---

**Part 1:**   Escrow Account Payment Adjustment

**1.**   **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:   $ 199.83 *       New escrow payment:   $ 1,359.25

---

**Part 2:**   Mortgage Payment Adjustment

**2.**   **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate: _____%      New interest rate: _____%

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

---

**Part 3:**   Other Payment Change

**3.**   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

---

Debtor 1    John Gbla aka John Koroma                Case number *(if known)*   19-14429

       First Name        Middle Name        Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖   */s/ Kevin Feig, Esq.*      (kf)             Date   04 / 21 / 2020

   Signature

Print:      Kevin Feig, Esq.                         Title   Attorney for creditor

            First Name        Middle Name        Last Name

Company      McCabe, Weisberg & Conway, LLC

Address      312 Marshall Ave, Suite 800

            Number           Street

            Laurel, MD 20707

            City                     State        ZIP Code

Contact phone   ( 301 ) 490 – 3361        Email   bankruptcymd@mwc-law.com

\* The "current escrow" referenced on the attached exhibit corresponds to the last payment which was made contractually.  The "current escrow" referenced on the instant Notice of Mortgage Payment Change corresponds to the escrow amount required at the time of the most recent payment change.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401

Richard B. Rosenblatt
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, Maryland  20850

I hereby further certify that on the 21st day of April, 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

John Gbla aka John Koroma
6807 Garth Street
Bowie, Maryland  20715
(Via U.S Mail)

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.

**LOANCARE**
A SERVICELINK COMPANY

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

P.O. Box 8068 | Virginia Beach, VA 23450

**Statement Date:**    **04/02/2020**

JOHN GBLA
C/O RICHARD B. ROSENBLATT
30 COURTHOUSE SQ STE 302
ROCKVILLE MD 20850-2378

### Annual Escrow Account Disclosure Statement

| | |
|---|---|
| Review Period: | 05/2019 to 05/2020 |
| Escrow Surplus/Shortage: | $-6,544.38 |

### Current Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $1,605.30 |
| Escrow (Taxes and/or Insurance): | $199.83 |
| Prorated Shortage: | $1,211.93 |
| **Total Monthly Payment:** | **$3,017.06** |

### New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $1,605.30 |
| Escrow (Taxes and/or Insurance): | $813.88 |
| Prorated Shortage: | $545.37 |
| **Total New Monthly Payment** | **$2,964.55** |
| **Effective Due Date:** | **06/01/2020** |

### Contact Us

**Customer Service/Pay-by-Phone**
1.800.410.1091*
*Calls are randomly monitored and recorded to ensure quality service.

**Hours**
Monday – Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST

**Website: www.newrez.myloancare.com**

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

### Account History

The following statement of activity in your escrow account from 05/2019 through 05/2020 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $753.98 | $-40,505.57 |
| May | Deposit | $199.83 | $1,400.46* | $953.81 | $-39,105.11 |
| May | MIP/PMI Disbursement | $74.16 | $74.16 | $879.65 | $-39,179.27 |
| June | Deposit | $199.83 | $0.00 | $1,079.48 | $-39,179.27 |
| June | MIP/PMI Disbursement | $74.16 | $74.16 | $1,005.32 | $-39,253.43 |
| July | Deposit | $199.83 | $1,400.46* | $1,205.15 | $-37,852.97 |
| July | MIP/PMI Disbursement | $74.16 | $74.16 | $1,130.99 | $-37,927.13 |
| August | Deposit | $199.83 | $0.00 | $1,330.82 | $-37,927.13 |
| August | MIP/PMI Disbursement | $74.16 | $74.16 | $1,256.66 | $-38,001.29 |
| August | County Tax Disbursement | | $3,620.81* | $1,256.66 | $-41,622.10 |
| September | Deposit | $199.83 | $0.00 | $1,456.49 | $-41,622.10 |
| September | MIP/PMI Disbursement | $74.16 | $74.16 | $1,382.33 | $-41,696.26 |
| October | Deposit | $199.83 | $0.00 | $1,582.16 | $-41,696.26 |
| October | MIP/PMI Disbursement | $74.16 | $74.16 | $1,508.00 | $-41,770.42 |
| November | Deposit | $199.83 | $1,400.46* | $1,707.83 | $-40,369.96 |
| November | MIP/PMI Disbursement | $74.16 | $74.16 | $1,633.67 | $-40,444.12 |
| November | Hazard Insurance Disbursement | | $1,635.00* | $1,633.67 | $-42,079.12 |
| December | Deposit | $199.83 | $1,400.46* | $1,833.50 | $-40,678.66 |
| December | MIP/PMI Disbursement | $74.16 | $74.16 | $1,759.34 | $-40,752.82 |
| December | Hazard Insurance Disbursement | $1,508.00 | * | $251.34 | $-40,752.82 |
| December | County Tax Disbursement | | $3,620.81* | $251.34 | $-44,373.63 |
| January | Deposit | $199.83 | $0.00 | $451.17 | $-44,373.63 |
| January | MIP/PMI Disbursement | $74.16 | $74.16 | $377.01 | $-44,447.79 |
| February | Deposit | $199.83 | $2,800.92* | $576.84 | $-41,646.87 |
| February | MIP/PMI Disbursement | $74.16 | $74.16 | $502.68 | $-41,721.03 |

*See reverse side for additional important information.*

JOHN GBLA
C/O RICHARD B. ROSENBLATT
30 COURTHOUSE SQ STE 302
ROCKVILLE MD 20850-2378

### Shortage Amount

| | |
|---|---|
| Due by 06/01/2020 | $-6,544.38 |

| Shortage Payment Submitted - Payment Will Be | Shortage Payment Not Submitted - Payment Will Be |
|---|---|
| $2,419.18 | $2,964.55 |

**Please make checks payable to:**

LOANCARE
PO BOX 37628
PHILADELPHIA, PA  19101-0628

If you prefer to pay your escrow shortage of $-6,544.38 in lump sum, please make your check payable to LoanCare and return this coupon. Your new mortgage payment would then be $2,419.18, Please include your loan number on your check, and send to: LoanCare, **P.O. Box 37628, Philadelphia, PA  19101-0628 .**

## Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| March | Deposit | $199.83 | $0.00 | $702.51 | $-41,721.03 |
| March | MIP/PMI Disbursement | $74.16 | $74.16 | $628.35 | $-41,795.19 |
| April | Deposit | $199.83 | | $828.18 | $-1,492.03 |
| April | MIP/PMI Disbursement | $74.16 | *E | $754.02 | $-1,492.03 |
| May | Deposit | | $199.83*E | $754.02 | $-1,292.20 |
| May | MIP/PMI Disbursement | | $74.16*E | $754.02 | $-1,366.36 |
| | Total Deposits | $2,397.96 | $48,905.75 | | |
| | Total Disbursements | $2,397.92 | $9,766.54 | | |
| | **Account Balance as of 05/31/2020** | | | | **$-1,366.36** |

*An asterisk (\*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $2,397.92. Your lowest monthly mortgage loan balance should not have exceeded $399.66, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by the mortgage contract. Your actual lowest monthly balance was equal to or greater than $-44,447.79. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

## Total Anticipated Annual Disbursement

These are the escrow items we anticipate to collect or pay on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| County Tax Disbursement | $3,620.81 | September 2020 | MIP/PMI Disbursement | $74.16 | June 2020 |
| County Tax Disbursement | $3,620.81 | December 2020 | MIP/PMI Disbursement | $74.16 | July 2020 |
| | | | MIP/PMI Disbursement | $74.16 | August 2020 |
| | | | MIP/PMI Disbursement | $74.16 | September 2020 |
| | | | MIP/PMI Disbursement | $74.16 | October 2020 |
| | | | MIP/PMI Disbursement | $74.16 | November 2020 |
| | | | MIP/PMI Disbursement | $74.16 | December 2020 |
| | | | Hazard Insurance Disbursement | $1,635.00 | December 2020 |
| | | | MIP/PMI Disbursement | $74.16 | January 2021 |
| | | | MIP/PMI Disbursement | $74.16 | February 2021 |
| | | | MIP/PMI Disbursement | $74.16 | March 2021 |
| | | | MIP/PMI Disbursement | $74.16 | April 2021 |
| | | | MIP/PMI Disbursement | $74.16 | May 2021 |
| **Total Anticipated Annual Disbursement = $9,766.54** | | | | | |

## Account Projections

The following information covers your projected escrow account activity from 06/2020 to 05/2021. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|---|
| | Projected | Projected | | Description | | |
| | | | | *Beginning Balance* | $-1,366.36 | $5,178.02 |
| June | $813.88 | $74.16 | | MIP/PMI Disbursement | $-626.64 | $5,917.74 |
| July | $813.88 | $74.16 | | MIP/PMI Disbursement | $113.08 | $6,657.46 |
| August | $813.88 | $74.16 | | MIP/PMI Disbursement | $852.80 | $7,397.18 |
| September | $813.88 | $74.16 | | MIP/PMI Disbursement | $1,592.52 | $8,136.90 |
| September | | $3,620.81 | | County Tax Disbursement | $-2,028.29 | $4,516.09 |
| October | $813.88 | $74.16 | | MIP/PMI Disbursement | $-1,288.57 | $5,255.81 |
| November | $813.88 | $74.16 | | MIP/PMI Disbursement | $-548.85 | $5,995.53 |
| December | $813.88 | $74.16 | | MIP/PMI Disbursement | $190.87 | $6,735.25 |
| December | | $3,620.81 | | County Tax Disbursement | $-3,429.94 | $3,114.44 |
| December | | $1,635.00 | | Hazard Insurance Disbursement | $-5,064.94 | $1,479.44 |
| January | $813.88 | $74.16 | | MIP/PMI Disbursement | $-4,325.22 | $2,219.16 |
| February | $813.88 | $74.16 | | MIP/PMI Disbursement | $-3,585.50 | $2,958.88 |
| March | $813.88 | $74.16 | | MIP/PMI Disbursement | $-2,845.78 | $3,698.60 |
| April | $813.88 | $74.16 | | MIP/PMI Disbursement | $-2,106.06 | $4,438.32 |
| May | $813.88 | $74.16 | | MIP/PMI Disbursement | $-1,366.34 | $5,178.04 |

Your Projected Escrow Account Balance as of 05/31/20 is $-1,366.36. Your Required Beginning Escrow Balance according to this analysis should be $5,178.02. This means you have a shortage of $-6,544.38. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $1,479.44, as shown in December. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

## Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. To do that, federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---|---|
| $1,479.44 | Your minimum required balance |
| $-5,064.94 | Your projected lowest account balance for December |
| $-6,544.38 | Your escrow account surplus/shortage |

## Private Mortgage Insurance Disclosure

**Private Mortgage Insurance:** Your mortgage loan requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence, you have the right to request that PMI be canceled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80 percent of the original value of the property or (2) the date the principal balance actually reaches 80 percent of the original value of the property. PMI will only be canceled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78 percent of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date. If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home: The conditions for canceling mortgage insurance for mortgages closed before July 29, 1999 are not statutory under federal law, they may be changed at any time (unless otherwise required by state law). To determine if you can cancel the PMI on your loan or for further information about PMI cancellation, contact us at P.O. Box 8068, Virginia Beach, Virginia 23450 or call 1,800,410,1091.



P.O. Box 8068 | Virginia Beach, VA 23450

## Understanding Your Escrow Changes

Over the past few years, we've worked to simplify our escrow statement. Now, understanding your escrow information is even easier. In this letter, we're breaking down your statement even further to explain the changes in your escrow account information.

 Read ahead to see your escrow payment breakdown and your projected disbursements

 Get answers to some of our most frequently asked questions about escrow accounts

 See how to view your escrow information online

### Your Payment Information

Your current total monthly mortgage payment is $3,017.06. Your total amount due will change by $52.51. Your new total monthly payment will be $2,964.55, effective 06/01/2020.

### Your Escrow Shortage

Your projected escrow account balance as of 05/31/20 is $-1,366.36. Your required beginning escrow balance according to this analysis should be $5,178.02. This means you have a shortage of $6,544.38.

 A surplus or shortage in your escrow account commonly occurs when:

> The projected amount at closing increases or decreases
> Your property taxes increase or decrease
> Your homeowners insurance increases or decreases
> You change your homeowners insurance company
> We pay delinquent taxes on your behalf

If you have questions about an increase in your property taxes or insurance premiums, please contact your local taxing authority or insurance agent.

### To Pay Your Shortage

As referenced above, your shortage is $6,544.38. If you choose to pay your shortage in full, please detach and enclose the stub at the bottom of your analysis statement along with your payment and mail to:

PO BOX 37628
PHILADELPHIA, PA  19101-0628

Once we receive your payment and apply it to your loan, your payment will be adjusted.

Although you've paid your shortage in full, the amount of your payment may still change. Your escrow collections over the next 12 months may be increased to ensure enough funds are collected to pay your future taxes and insurance.

If you choose not to pay your shortage in full, we will collect the shortage over 12 months.

## FREQUENTLY ASKED QUESTIONS

**I thought I had a fixed rate. Why did my payment change?**

Your mortgage payment is made up of two parts: your loan payment (principal and interest) and your escrow payment (taxes and insurance). Your loan payment does not increase or decrease unless you have an adjustable rate mortgage (ARM). The portion of your monthly mortgage payment that goes toward escrows (taxes, homeowners and/or mortgage insurance) will change based on your projected amounts due to be paid.

### Your Mortgage Payment



* Your escrow payment may consist of the items in the three categories shown in gray.

Please note: this chart is provided for demonstration purposes only and is not intended to represent the specific amount you have in each category.

**Why is there extra money in my escrow account?**

Your escrow account makes sure you have money set aside to pay the necessary taxes and insurance.

A certain amount of the funds in your escrow account are designated to help keep your account from going negative. We call that an escrow cushion.

Think of your cushion as overdraft protection for your escrow account. Your cushion is designed to help offset any small changes in your tax and/or insurance bills. This helps lessen the burden of an escrow shortage when your escrow analysis is completed. Cushions typically cannot be waived or removed.


**LOANCARE**
A SERVICELINK COMPANY

P.O. Box 8068 | Virginia Beach, VA 23450

## Check Your Information Online

Visit www.newrez.myloancare.com to:

> View your current escrow account balance
> View your payment information
> View your estimated tax disbursement amounts
> View your insurance premiums
> Enroll for email notifications when escrow disbursements are made

## If You Need Assistance

 Our representatives are ready to assist you should you need further information or have additional questions or concerns. Call 1.800.410.1091 Monday-Friday, 8:00 A.M.-10:00 P.M. Eastern Time, and Saturday, 8:00 A.M.-3:00 P.M. Eastern Time.

Sincerely,

Escrow Department
LoanCare, LLC
NMLS ID 2916

*This summary is not a substitute for the Annual Escrow Account Disclosure Statement and it is important that you still review the enclosed Annual Escrow Account Disclosure Statement in its entirety.*

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) IS APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

### How can I lower my escrow?

You may seek additional insurance quotes while maintaining the required coverage. You may contact your taxing authorities and ensure that you have taken advantage of all applicable exemptions. If you are able to reduce the cost of your insurance and/or are approved for an exemption, please make sure to provide us updated information.

### Can I prepay my escrow so that my payments don't change?

No. You are required to pay $1/12^{th}$ of each escrowed item monthly with your principal and interest payment.